# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHUDZIK, MICHAEL ANTHONY § Case No. 12-40257
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF COURT
    UNITED STATES BANKRUPTCY CT.
    219 S. DEARBORN STREET
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/30/2013 in Courtroom 644,
    United States Courthouse
    219 S. Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2013      By: /s/ Andrew J. Maxwell
                 Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CHUDZIK, MICHAEL ANTHONY § Case No. 12-40257
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 7,092.00 |
| and approved disbursements of | $ 10.00 |
| leaving a balance on hand of[1] | $ 7,082.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,459.20 | $ 0.00 | $ 1,459.20 |

Total to be paid for chapter 7 administrative expenses      $ 1,459.20
Remaining Balance                                            $ 5,622.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,341.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,035.62 | $ 0.00 | $ 1,500.53 |
| 000002 | FIA CARD SERVICES, N.A. | $ 7,955.57 | $ 0.00 | $ 793.96 |
| 000003 | FIA CARD SERVICES, N.A. | $ 2,966.47 | $ 0.00 | $ 296.05 |
| 000004 | FIA CARD SERVICES, N.A. | $ 23,475.80 | $ 0.00 | $ 2,342.85 |
| 000005 | Portfolio Recovery Associates, LLC | $ 6,907.97 | $ 0.00 | $ 689.41 |

Total to be paid to timely general unsecured creditors  $  5,622.80

Remaining Balance  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                              Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-40257-PSH
Michael Anthony Chudzik                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2              Date Rcvd: Jul 03, 2013
                              Form ID: pdf006         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2013.
db           +Michael Anthony Chudzik,    207 Ariana Dr.,    Bartlett, IL  60103-2313
19550044    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
             (address filed with court:  Bank of America,    P.O. Box 982235,    El Paso, TX  79998-2235)
19550045      Chase,   P.O. Box 15298,    Wilmington, DE  19850-5298
20142557      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC  27410
19550048      GMAC Mortgage,   P.O. Box 4622,    Waterloo IA  50704-4622
20335974    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA  23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
               successor to US BANK NATIONAL ASSOC,    POB 41067,    Norfolk, VA  23541)
19550049    ++US BANK,    PO BOX 5229,    CINCINNATI OH  45201-5229
             (address filed with court:  US Bank NA,    P.O. Box 5229,    Cincinnati, OH  45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19550046      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 04 2013 01:00:56     Discover,    P.O. Box 30943,
               Salt Lake City, UT  84130
19932164      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 04 2013 01:00:56     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19550047*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
             (address filed with court:  FIA Card Services,    P.O. Box 982235,    El Paso, TX  79998-2235)
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Jul 03, 2013
                              Form ID: pdf006          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2013 at the address(es) listed below:

        Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
        Daniel K Robin    on behalf of Debtor Michael Anthony Chudzik danatlaw@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                   TOTAL: 3