UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CHUDZIK, MICHAEL ANTHONY § Case No. 12-40257
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 982235 El Paso, TX  79998-2235 | | | | | |
| | Bank of America P.O. Box 982235 El Paso, TX  79998-2235 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE  19850-5298 | | | | | |
| | US Bank NA P.O. Box 5229 Cincinnati, OH   45201 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-40257 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CHUDZIK, MICHAEL ANTHONY | | | Date Filed (f) or Converted (c): | 10/10/12 (f) |
| | | | | 341(a) Meeting Date: | 12/04/12 |
| For Period Ending: | 09/11/13 | | | Claims Bar Date: | 04/17/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 207 Ariana Drive Bartlett, IL | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. nominal cash | 75.00 | 75.00 | | 0.00 | FA |
| 3. checking and savings at Chase | 300.00 | 0.00 | | 0.00 | FA |
| 4. MM at Fidelity | 21.00 | 0.00 | | 0.00 | FA |
| 5. misc furniture furnishings and electronics | 500.00 | 500.00 | | 0.00 | FA |
| 6. misc clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. term life policy at work | 1.00 | 1.00 | | 0.00 | FA |
| 8. IRA at Fidelity | 25,000.00 | 0.00 | | 0.00 | FA |
| 9. Siemens 401k plan | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. Vanguard IRA | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. 10 shares of Ford Motor | 688.00 | 0.00 | | 0.00 | FA |
| 12. 10 shares Yahoo | 147.00 | 0.00 | | 0.00 | FA |
| 13. 13 shares of Northeast Utilities | 526.00 | 514.00 | | 0.00 | FA |
| 14. 4 shares LSI | 30.00 | 0.00 | | 0.00 | FA |
| 15. 4 shares of Harley Davidson | 191.00 | 75.00 | | 0.00 | FA |
| 16. 4 shares of Pfizer | 97.00 | 0.00 | | 0.00 | FA |
| 17. 9 shares of goodyear | 105.00 | 0.00 | | 0.00 | FA |
| 18. Fidelity mutual fund account | 1,684.00 | 0.00 | | 0.00 | FA |
| 19. 1973 Monte Carlo "parts car" | 50.00 | 50.00 | | 0.00 | FA |
| 20. 2001 Nissan Sentra | 800.00 | 0.00 | | 0.00 | FA |
| 21. 2002 Tahoe | 3,490.00 | 1,090.00 | | 0.00 | FA |
| 22. TAX REFUND (u) | 7,092.00 | 7,092.00 | | 7,092.00 | FA |

TOTALS (Excluding Unknown Values)      $369,997.00      $9,397.00      $7,092.00      Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-40257   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CHUDZIK, MICHAEL ANTHONY | Date Filed (f) or Converted (c): 10/10/12 (f) |
| | | 341(a) Meeting Date: 12/04/12 |
| | | Claims Bar Date: 04/17/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

POC bar date set for 4/17/13

demand made to IRS for 2012 estimated tax refund

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-40257 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CHUDZIK, MICHAEL ANTHONY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7355 | | | |
| For Period Ending: | 09/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/13 | | UNITED STATES TREASURY | TAX REFUND 2012 | 1110-000 | 7,092.00 | | 7,092.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,082.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,071.81 |
| 07/31/13 | 010001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,459.20 | 5,612.61 |
| 07/31/13 | 010002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 9.96181% | 7100-000 | | 1,497.82 | 4,114.79 |
| 07/31/13 | 010003 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000002, Payment 9.96183% | 7100-000 | | 792.52 | 3,322.27 |
| 07/31/13 | 010004 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000003, Payment 9.96167% | 7100-000 | | 295.51 | 3,026.76 |
| 07/31/13 | 010005 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000004, Payment 9.96179% | 7100-000 | | 2,338.61 | 688.15 |
| 07/31/13 | 010006 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA 23541 | Claim 000005, Payment 9.96168% | 7100-000 | | 688.15 | 0.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.51 | -10.51 |
| 08/15/13 | | Associated bank | technology fee return | 2600-000 | | -10.51 | 0.00 |
| | | | Page Subtotals | | 7,092.00 | 7,092.00 | |

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 12-40257 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CHUDZIK, MICHAEL ANTHONY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8488 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7355 | | |
| For Period Ending: | 09/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,092.00 | 7,092.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,092.00 | 7,092.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,092.00 | 7,092.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8488 | 7,092.00 | 7,092.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,092.00 | 7,092.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*